IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Docket No. 17-10105-STA |
| | ) | |
| TAMMY RANGER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING**

**THIS CAUSE** came on to be heard upon counsel for the Defendant's Motion. It appearing to the Court that said Motion is well taken, it is therefore **GRANTED**. The court date is reset until the **6th** day of May, 2019, at **9:45 a.m** .

**IT IS SO ORDERED** this 1st day of May, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT