# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 1:17-cr-10105-STA |
| ) | |
| TAMMY RANGER (7), ) | |
| ) | |
|     **Defendant** ) | |

## ORDER RESETTING SENTENCING HEARING
## AND NOTICE OF RESETTING

The Sentencing Hearing in this matter is currently set for June 4, 2019 before Chief Judge S. Thomas Anderson. The Sentencing Hearing in the above styled matter is hereby reset to **Thursday, June 20, 2019, at 1:30 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 3rd day of June, 2019.

                                                                     s/ S. Thomas Anderson
                                                                      Chief United States District Judge