**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 17-cr-10105-STA |
| ) | |
| TAMMY RANGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND NOTICE OF RESETTING

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset to **WEDNESDAY, JULY 3, 2019, at 9:30 a.m.**

IT IS SO ORDERED this 19th day of June, 2019.

                       s/S. Thomas Anderson
                       S. THOMAS ANDERSON
                         CHIEF UNITED STATES DISTRICT JUDGE